CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 14 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5-07-cr-00015-01 |
| v.        ) | ORDER |
| ) | |
| ANGEL MARTINEZ ALVARADO, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Defendant.   ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: June 14, 2007

_____
United States District Judge